```
                   UNITED STATES DISTRICT COURT
                      DISTRICT OF NEW JERSEY
                                          :
ILLINOIS CENTRAL RAILROAD                 :
COMPANY,                                  :  CIVIL ACTION NO. 06-3838 (MLC)
                                          :
     Plaintiff,                           :  MEMORANDUM OPINION
                                          :
     v.                                   :
                                          :
BIO ADDITIVES, LLC,                       :
                                          :
     Defendant.                           :
                                          :
```

**THE PLAINTIFF** advising the Court that the defendant "is the subject of a bankruptcy proceeding in the United States Bankruptcy Court for the Eastern District of New York" (12-19-06 Pl. Letter); and the plaintiff "request[ing] that the Court administratively dismiss this case while the matter proceeds in Bankruptcy Court, giving the plaintiff an opportunity to revive the matter should the debtor be dismissed from bankruptcy without the resolution of the claims the plaintiff has against it" (id.); and thus the Court intending to stay and administratively terminate the action, with leave to reopen on good cause shown; and for good cause appearing, the Court will issue an appropriate order and judgment.[1]

                                                      s/ Mary L. Cooper
                                                      **MARY L. COOPER**
                                                      United States District Judge

---

[1] This action may be subject to a change in venue if it is reopened, as (1) it appears that the conduct underlying the claim occurred in Kentucky and Louisiana, and (2) the plaintiff is an Illinois citizen. See 28 U.S.C. § 1404(a).